1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                  AT TACOMA

BRITNEE MJ FRYE,
9
                              Plaintiff,            CASE NO. 12-cv-05349 RBL
10
        v.                                          ORDER ADOPTING REPORT AND
11                                                  RECOMMENDATION

12   CAROLYN W. COLVIN, Acting
     Commissioner of the Social Security
13   Administration,

14                            Defendant.

15       The Court, having reviewed the Report and Recommendation of Judge J. Richard

16  Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

17       (1)    The Court adopts the Report and Recommendation.

         (2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42
18
                U.S.C. § 405(g) to the Commissioner for further consideration.
19
         (3)    **JUDGMENT** is for plaintiff and the case should be closed.

20       (4)    The Clerk is directed to send copies of this Order to counsel of record.

21       Dated this 7th day of October, 2013.

22

23                                     RONALD B. LEIGHTON
                                       UNITED STATES DISTRICT JUDGE
24